IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH A. FORAN,

        Plaintiff,                                                        CV-07-909-ST

      v.                                                              JUDGMENT

MICHAEL J. ASTRUE, Commissioner of Social
Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, the Commissioner's final decision is AFFIRMED and this case is DISMISSED.

    DATED this 4th day of December, 2008.

                                                      /s/ Janice M. Stewart
                                                      Janice M. Stewart
                                                      United States Magistrate Judge

1 - JUDGMENT