DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

**FILED**

**AUG 06 2009**

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Joseph Foran

        Plaintiff,

vs.

Commissioner of Social Security

        Defendant.

Civil No. 07-cv-00909-ST
Appellate Court No. 09-35065

ORDER GRANTING AWARD
OF EAJA FEES

    Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $8.96, costs in the amount of $17.80, and attorney's fees in the amount of $6735.12, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 6th day of August, 2009.

_____
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES